# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2222
_____

JULIE A. ZEMAITIS DECESARE,
M.D., and OB HOSPITALIST
GROUP, LLC,

Petitioners,

v.

SHAKERA MARION and COREY
BROOKS, as parents and natural
guardians of S.B.,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


November 21, 2025


PER CURIAM.

DENIED.

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rogelio J. Fontela and Jessica E. Keeler of Dennis, Jackson, Martin, & Fontela, P.A., Tallahassee, for Petitioners.

Andrew L. Ellenberg of Needle & Ellenberg, P.A., Miami; David J. Anderson of Abbot Law Group, P.A., Jacksonville; Bryan S. Gowdy and Dimitrios A. Peteves of Creed & Gowdy, P.A., Jacksonville, for Respondents.